Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20321 CR-SEITZ

MAGISTRATE JUDGE
SIMONTON

IN RE: SEALED INDICTMENT

_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or until further order of this court, excepting the United States Attorney's Office which may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause. At present, the named defendant resides outside the United States. Should knowledge of the indictment become public, the defendant may flee his present location and seek to avoid arrest. If the defendant becomes aware of the indictment before he can be apprehended, the arrest will be complicated and witnesses may be endangered.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500885
99 N.E. 4th Street
Miami, Florida 33132
TEL. (305) 961-9099
FAX (305) 536-7213