Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20321CR-SEITZ

21 U.S.C. § 963
49 U.S.C. § 46306(b)(4)
21 U.S.C. § 853

MAGISTRATE JUDGE
SIMONTON

UNITED STATES OF AMERICA

vs.

LUIS FERNANDO BERTULUCCI CASTILLO,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in or about September 2009, and continuing through the date of the return of the indictment, in the country of the Dominican Republic, and elsewhere, the defendant,

**LUIS FERNANDO BERTULUCCI CASTILLO,**

did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to manufacture and distribute a controlled substance in Schedule II, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

Beginning in or about September 2009, and continuing until the date of the return of the indictment, in the country of the Dominican Republic, and elsewhere, the defendant,

**LUIS FERNANDO BERTULUCCI CASTILLO,**

did knowingly and intentionally combine, conspire, confederate, and agree with others unknown to the Grand Jury, to possess with the intent to distribute a controlled substance while on board an aircraft registered in the United States, in violation of Title 21, United States Code, Section 959(b)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

On or about September 30, 2009, in Miami Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**LUIS FERNANDO BERTULUCCI CASTILLO,**

did intentionally obtain and cause to be obtained a certificate authorized to be issued under Title 49, United States Code, Section 44103, that is, an owner's certificate of registration, by knowingly and willfully falsifying and concealing a material fact by asserting that R.S.C.-C. was the true owner of Aircraft N490AC, when in truth and in fact, and as the defendant then and there well knew, R.S.C.-C. was not the true owner of Aircraft N409AC, said violation relating to transporting a controlled substance by aircraft and aiding and facilitating a controlled substance violation; in violation of Title

49, United States Code, Sections 46306(b)(4) and 46306(c)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 49, United States Code, Section 46306(c)(2), it is further alleged the controlled substance is cocaine, and the controlled substance violations are conspiring to manufacture and distribute a controlled substance in Schedule II, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2), and conspiring to possess with intent to distribute a controlled substance while on board an aircraft registered in the United States, in violation of Title 21, United States Code, Section 959(b)(2); all in violation of Title 21, United States Code, Section 963, as set forth in Counts 1 and 2.

## COUNT 4

On or about August 23, 2010, in Miami Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**LUIS FERNANDO BERTULUCCI CASTILLO,**

did intentionally obtain and cause to be obtained a certificate authorized to be issued under Title 49, United States Code, Section 44103, that is, an owner's certificate of registration, by knowingly and willfully falsifying and concealing a material fact by asserting that A.T.M.O. was the true owner of Aircraft N33TH, when in truth and in fact, and as the defendant then and there well knew, A.T.M.O. was not the true owner of Aircraft N33TH, said violation relating to transporting a controlled substance by aircraft and aiding and facilitating a controlled substance violation; in violation of Title 49, United States Code, Sections 46306(b)(4) and 46306(c)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 49, United States Code, Section 46306(c)(2), it is further alleged the controlled substance is cocaine and the controlled substance violations are conspiring to manufacture and distribute a controlled substance in Schedule II, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2), and conspiring to possess with the intent to distribute a controlled substance while on board an aircraft registered in the United States, in violation of Title 21, United States Code, Section 959(b)(2); all in violation of Title 21, United States Code, Section 963, as set forth in Counts 1 and 2.

## COUNT 5

On or about October 12, 2010, in Miami Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**LUIS FERNANDO BERTULUCCI CASTILLO,**

did intentionally obtain and cause to be obtained a certificate authorized to be issued under Title 49, United States Code, Section 44103, that is, an owner's certificate of registration, by knowingly and willfully falsifying and concealing a material fact by asserting that A.T.M.O. was the true owner of Aircraft N17HM, when in truth and in fact, and as the defendant then and there well knew, A.T.M.O. was not the true owner of Aifcraft N17HM, said violation relating to transporting a controlled substance by aircraft and aiding and facilitating a controlled substance violation; in violation of Title 49, United States Code, Sections 46306(b)(4) and 46306(c)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 49, United States Code, Section 46306(c)(2), it is further alleged the controlled substance is cocaine and the controlled substance violations are conspiring to manufacture and distribute a controlled substance in Schedule II, knowing that such substance would be

unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2), and conspiring to possess with the intent to distribute a controlled substance while on board an aircraft registered in the United States, in violation of Title 21, United States Code, Section 959(b)(2); all in violation of Title 21, United States Code, Section 963, as set forth in Counts 1 and 2.

### FORFEITURE ALLEGATIONS

1.  The allegations of Counts 1 and 2 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendant, **LUIS FERNANDO BERTULUCCI CASTILLO,** has an interest.

2.  Upon conviction of any violation of Title 21, United States Code, Section 963 as alleged in Counts 1 and 2 of the Indictment, the defendant shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

LUIS FERNANDO BERTULUCCI CASTILLO,

        **Defendant.**
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)    Yes ____    No ____
Number of New Defendants    ____
Total number of counts    ____

**Court Division:** (Select One)

__X__ Miami    ____ Key West
____ FTL    ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    **YES**
   List language and/or dialect    **SPANISH**

4. This case will take  __3__  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    __X__
   - II    6 to 10 days    ____
   - III    11 to 20 days    ____
   - IV    21 to 60 days    ____
   - V    61 days and over    ____

   (Check only one)
   - Petty    ____
   - Minor    ____
   - Misdem.    ____
   - Felony    __X__

6. Has this case been previously filed in this District Court? (Yes or No)    **NO**
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)    **NO**
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  **NO**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____ Yes  __X__ No

_____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500885

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LUIS FERNANDO BERTULUCCI CASTILLO

**Case No:** _____

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that it will be unlawfully imported into the United States

Title 21, United States Code, Section 963

* **Max. Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine while on board a U.S. registered aircraft

Title 21, United States Code, Section 963

***Max. Penalty:** Life Imprisonment

Count #: 3

Obtain an owner's certificate of registration by falsifying and concealing the true owner of the aircraft

Title 49, United States Code, Section 46306(b)(4)

***Max. Penalty:** 5 years Imprisonment

Count #: 4

Obtain an owner's certificate of registration by falsifying and concealing the true owner of the aircraft

Title 49, United States Code, Section 46306(b)(4)

***Max. Penalty:** 5 years Imprisonment

PENALTY SHEET

**Defendant's Name:** LUIS FERNANDO BERTULUCCI CASTILLO

**Case No:** _____

Count #: 5

Obtain an owner's certificate of registration by falsifying and concealing the true owner of the aircraft

Title 49, United States Code, Section 46306(b)(4)

**\*Max. Penalty:** 5 years Imprisonment