UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20321-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LUIS FERNANDO BERTULUCCI CASTILLO,

        Defendant.
_____/

### ORDER UNSEALING DOCKET ENTRIES

This matter came before the Court on June 6, 2012 at the status conference on the Government's *ore tenus* motion to unseal all docket entries. The Court having considered the motion and being otherwise fully advised, it is

ORDERED that the Motion is GRANTED. The Clerk of Court is instructed to UNSEAL all sealed docket entries in this matter.

DONE AND ORDERED in Miami, Florida, this _6_ day of June, 2012.

                                                                     _/s/ Patricia A. Seitz_
                                                                     PATRICIA A. SEITZ
                                                                     UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record