FILED by ABM D.C.
ELECTRONIC

JUL 8, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 05, 2013

Sheryl Joyce Lowenthal
Attorney at Law
9130 S DADELAND BLVD STE 1511
MIAMI, FL 33156-7851

Appeal Number: 12-16520-BB
Case Style: USA v. Luis Bertulucci Castillo
District Court Docket No: 1:11-cr-20321-PAS-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, BB/jsc
Phone #: (404) 335-6179

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 12-16520-BB

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS FERNANDO BERTULUCCI CASTILLO,

Defendant-Appellant.

---

Appeal from the United States District Court for the
Southern District of Florida

---

ORDER:

Now before the Court is Appellant's motion to unseal pages 18 through 24 of the Appellant's sentencing transcript (the "Sealed Pages"), which the district court placed under seal, and to which Appellant's own appellate counsel has been denied access.[1] Appellant also asks to stay the briefing schedule pending resolution of his motion to unseal.

The motion to unseal is GRANTED IN PART and CARRIED WITH THE CASE IN PART.

To the extent that Appellant requests the Sealed Pages be made available to his attorney, the motion is GRANTED. The district court clerk is directed to provide Appellant's counsel

---

[1] Judicial records placed under seal are unavailable to the public, but, with limited exceptions that appear to be inapplicable here, the litigants and their attorneys have the right to access the entire record.

with access to the Sealed Pages.

To the extent Appellant requests that the Sealed Pages be unsealed, and thus made available to the public, the motion is CARRIED WITH THE CASE.[2]

Appellant's motion to stay the briefing schedule is GRANTED. Appellant's brief and record excerpts shall be due forty (40) days from the date of entry of this Order.

_____
UNITED STATES CIRCUIT JUDGE

---

[2] "We have discretion to determine which portions of the record should be placed under seal, but our discretion is guided by the presumption of public access to judicial documents. What transpires in the court room is public property…, and both judicial proceedings and judicial records are presumptively available to the public [.]" Perez-Guerrero v. U.S. Atty. Gen., -- F.3d --, 2013 WL 2500607, 10 (11th Cir. June 12, 2013) (citations and internal punctuation omitted).