UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 11-20321-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LUIS BERTULUCCI CASTILLO,

        Defendant.
_____/

## ORDER DENYING MOTION TO UNSEAL DOCKET ENTRIES

**THIS CAUSE** came before the Court upon Defendant's Pro Se Motion to Unseal Docket Entries [100, 102, 103, 104, and 105], filed on June 20, 2016.

The Court has considered the motion. . For the reasons set forth in DE 103 and as ordered in DE 104 and 105, it is hereby

**ORDERED** that Defendant's Motion to Unseal Docket Entries is **DENIED**

**DONE AND ORDERED** in Chambers, at Miami, Florida this 29 day of June, 2016.

                                                          *Patricia A. Seitz*
                                                          PATRICIA A. SEITZ
                                                          UNITED STATES DISTRICT JUDGE

Copied: Luis Bertulucci Castillo, *Pro se*
          Lynn M. Kirkpatrick, AUSA