UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-20321-CR-SEITZ

UNITED STATES OF AMERICA,
    Plaintiff

vs.

LUIS FERNANDO BERTULUCCI CASTILLO,
    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS MATTER is before the Court on Defendant's Motion for Leave to File a Motion for Reconsideration [DE 112], requesting that the Court reconsider its Order [DE 109] denying Defendant's Motion to Unseal Documents [DE 107]. Motions for reconsideration in criminal cases use the same standard applicable in civil cases. *See, e.g.*, *United States v. Sabooni*, 2014 WL 4385446, at *1 (S.D. Fla. Sept. 4, 2014). Thus, motions for reconsideration in the criminal context must present one of the following: (1) a change in controlling law; (2) the availability of new evidence; or (3) the need to correct clear error or manifest injustice. *Id.* Defendant presents three grounds for reconsideration—two allegations of clear error and one claim of new evidence—all of which are unpersuasive. Therefore, Defendant's Motion for Leave is denied.

Defendant first argues the Court erred in denying his Motion before he had the opportunity to file a Reply [DE 111]. The Court however is not required to wait for a reply before ruling on a motion. *See United States v. Farias*, 2014 WL 4930641, at *1 (S.D. Fla. October 1, 2014). Thus, the timing of the Court's Order presents no cause for reconsideration.

Next, Defendant argues the Court erred in failing to address his request for clarification as to why the documents were sealed. The Court's reasons for sealing are outlined in the Court's *sealed* Order granting the Motion to Seal. The Defendant is simply not privy to that information.

1

Therefore the Court adequately considered the Defendant's Motion to Unseal—including his request for clarification—and denied it "for reasons set forth in [the Government's *sealed* motion to seal and the Court's *sealed* order granting the Government's motion]." [DE 109.] No further clarification was due.

Defendant also claims that new evidence warrants reconsideration. In particular, Defendant points to statements made by the Government and the defense in regards to the Defendant's sentence and his Pre-sentence Investigation Report. After reviewing this evidence, the Court concludes that it has no impact on the Court's Order denying Defendant's Motion to Unseal. Therefore, it is

ORDERED THAT

Defendant's Motion for Leave to File a Motion for Reconsideration [DE 112] is **DENIED**.

DONE AND ORDERED in Miami, Florida, this  /9<sup>TL</sup>  day of September, 2016.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record
      *Pro Se* Defendant