IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 1:11-cr-20321-PAS-1

UNITED STATES OF AMERICA
    Plaintiff

v.

LUÎS FERNANDO BERTULUCCI CASTILLO
    Defendant
_____/



FILED by ___ D.C.
JAN 1 0 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA - MIAMI

COPY OF AN AFFIDAVIT SENT TO MR. DANIEL HOPSICKER
801 Baveno Ave. Venice, Florida 34285

Comes now the petitioner Defendant Luis Fernando Bertulucci Castillo proceeding Pro se and respectfully requesting this Honorable Court to file the Affidavit attached to this Motion. Defendant pray and respectfully moves this Honorable Court to Grant said Motion.



Luis F. BERTOLUCCI C.
Reg. No. 91356-004
RIVERS C.I.
P.O. BOX 630
WINTON, NC 27986

***LEGAL MAIL***

RALEIGH NC 275
Research Triangle Region
JAN 10 2018
USMS INSPECTED
RECEIVED

CLERK OF THE COURT
400 N. MIAMI AVE.
MIAMI, FL 33128-7716