IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cr-20321-PAS-1

UNITED STATES OF AMERICA
    Plaintiff

v.

LUIS FERNANDO BERTULUCCI CASTILLO
    Defendant



## AFFIDAVIT OF DECLARATIONS AND FACTS AS TO MR. DANIEL HOPSICKER AND?OR MAD COW PRODUCTIONS

I affiant Luis Fernando Bertulucci Castillo, hereby attest to the following statements under penalty of perjury and pursuant to **18 U.S.C. § 1746,** and state that these declarations are true and correct to the best of my knowledge.

1.- I have been sustaining communications with Mr. **Daniel Hopsicker,** director of Mad Cow Press LLC. located at 801 Baveno Ave. Venice FL 34285.

2.- These communications started back in the moths, since I became aware of his interest in one of the cases related to me **(the aircraft DC-9 tail number N900SA).**

3.- I have been using a variety of methods in order to keeo Daniel Hopsicker informed in regards to the development of the cases that I am facing and fighting against the United States (1:11-cr-20321-PAS and civil case No. 1:15-cv-24396-FAM).

4.- The context of the communications maintained with Mr. Hopsicker has been diverse, to the extent that such methods of communication include but are not limited to the exchange of information related to my cases in the United States of America through legal mail, letters, voice messages,

Case 1:11-cr-20321-PAS   Document 142   Entered on FLSD Docket 01/10/2018   Page 2 of 4

Page two of three

e-mails and personal interviews inclusive.

5.- The purpose of these communications between Mr. Hopsicker and the Undersigned has been multiple, to the extent that the final decision about how this information is going to be disclosed in the future, it's the only adn **immovable privilege of the Undersigned.**

6.- This final decision rests in a variety of circumstances which includes but are not limited to: my family well-being, my best interest, and United States best interests as well.

7.- All along this painful process, the U.S. government has harmed my family and myself without mercy. That's the reason why the Undersigned has documented Mr. Hopsicker with some of the sensitive information on which a large part of my legal work has been buttressed.

8.- Because the complexity of my case and the manner in which it has included (but not limited to) such diverse factors as international political affairs, another countries' corruption, former and current corrupt authorities (both civil and military) in such countries, tthe U.S. government's fraudulent concealment, and obviously the Southern District of Florida's corruption, I need complete secrecy in regards to the communications between Mr. Hopsicker and me.

9.- Having said that, the Undersigned forbids the public use of any of the documents, conversations recorded, e-mails, letters and/or any other kind of information exchanged with Mr. Hopsicker and/or Mad Cow Press LLC. I also forbid the use of any form of my image or voice in any public format.

10.- The Undersigned is not seeking to maintain permanent secrecy of these communications, but it will be disclosed at the behest of the Undersigned and certainly in the best interest of the same.

*[signature]*

Affiant: Luis Fernando Bertulucci Castillo
Reg. No. 95355-004
R I V E R S   C. I.
Post Office Box 630
Winton, N.C.  27986

See Notary Public Stamp on third Page

AFFIANT

Page three of thre

LUIS BERTULUCCI CASTILLO
Reg. No. 95355-004
R I V E R S   C.I.
Post Office Box 630
Winton, N.C.  27986

*[signature]*
LUIS BERTULUCCI CASTILLO

State of __NC__ County of __Hertford__
Signed Before Me this __2nd__ Day Of __Jan. 2018__
By __Luis Bertulucci Castillo__
My Commission Expires __04/17/2019__

__Rita C. Williams__
Notary Public Signature



Luis F. Bertolucci C.
Reg. No. 97356-004
Rivers C.I.
P.O. Box 630
Winton, NC 27986
\*\*\*LEGAL MAIL\*\*\*

Clerk of the Court
400 N. Miami Ave.
Miami, FL 33128-7716

33128-771699