UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-CR-20321-PAS

UNITED STATES OF AMERICA

vs.

LUIS FERNANDO BERTULUCCI CASTILLO,
    Defendant.
_____/

### ORDER DENYING MOTION TO COMPEL PURSUANT TO RULE 35(b)

This matter is before the Court on the Defendant's Motion to Compel Pursuant to Rule 35(b) [DE 145] in which Defendant seeks an order compelling the Government to file a Rule 35(b) motion in accordance with a deal Defendant made with the Government. Defendant has previously filed a Motion for Specific Performance of Plea Agreement [DE 135] in which he sought to compel the Government to file either a § 5K1.1 or a Rule 35(b) motion. The Court denied that motion based on the Eleventh Circuit decision in *U.S. v. Castillo*, 568 Fed. App'x 774, 777 (11th Cir. 2014), which stated that the Government's decision to make a § 5K1.1 motion is not reviewable for bad faith unless the Defendant alleges a constitutionally impermissible motive.

"[F]ederal district courts may review the government's refusal to file a substantial-assistance motion only if the defendant first makes a 'substantial threshold showing' that the refusal was based upon an unconstitutional motive, such as the defendant's race or religion." *U.S. v. McNeese*, 547 F.3d 1307, 1308 (11th Cir. 2008) (citation omitted). Defendant's instant motion now argues that the Government had a constitutionally impermissible motive in failing to file a Rule 35(b) motion. However, Defendant's motion does not state what that motive was or offer any evidence in support of his claim. Thus, Defendant has not met his burden of making a

substantial threshold showing that the Government's failure to file a Rule 35(b) motion was based on an unconstitutional motive. Accordingly, it is

ORDERED that Defendant's Motion to Compel Pursuant to Rule 35(b) [DE 145] is DENIED.

DONE AND ORDERED in Miami, Florida, this 21st day of February, 2019.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record