# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA



FILED BY _____ D.C.

MAY 04 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CASE NO. 1:11-CR-20321-PAS-1

**United States of America,**
   **Plaintiff**

**V.**

**Luis Fernando Bertulucci Castillo,**
   **Defendant**

## AFFIDAVIT OF DECLARSTIONS AND FACTS AS TO MR. MANUEL LARIOS, DIEGO ENRIQUE OSORNO, ALEX DURAN AND/OR EXILE CONTENT STUDIOS.

I, affiant Luis Fernando Bertulucci Castillo, hereby attest to the following statements under penalty of perjury and pursuant to 18 USC 1746, and state that these declarations are true and correct to the best of my knowledge.

1. I have been sustaining communications with Mr. Manuel Larios and Mr. Diego Enrique Osorno, both Mexican journalists, Exile Content Studio, 2400 Wilshire Blvd. Suite 360 Los Angeles, CA. 90025 USA. Gabriel Mancera # 72 Colonia Valle Norte 03103 Mexico City.

2. These communications started back in the years, probably 2 years ago during the period of my incarceration, in different United State Prison.

3. I have been using a variety of methods in order to keep Mr. Larios informed in regards to the development of the cases that I am facing and fighting against the United States (criminal case number 1:11-cr-20321-PAS and civil case number 15-cv-24396-FAM).

4. The context of the communications maintained with Mr. Larios has been diverse, to the extent that such methods include but are not limited to the exchange of communications related to my cases in the United States through legal mail, letters, phone calls, voice messages and emails.

5. The purpose of these communications between Mr. Larios and the undersigned it has been multiple, to the extent that the final decision about how this information is going to be disclosed in the future, it is the immovable privilege of the undersigned.

6. This final decision rest in a variety of circumstances of which I will state straightforward the most relevant one: my family and I.

7. Because the complexity of my case and the manner in which it has includes but not been limited to, such diverse factors as international political affairs, another countries corruption, by former and current corrupt authorities in such countries, the United States government's fraudulent concealment, and obviously this southern district of Florida's corruption, I need to keep complete secreted in regards to the communications between Mr. Larios and me.

8. Having said that, the undersigned forbid the public use of any and/or each one of the documents, conversations, recorded, e-mails, letters and any other kind of information exchanged with Mr. Larios. I also forbid the use of any forms of my image or voice in any public format or methods.

9. The undersigned is not seeking to maintain permanent secrecy of these communications, but it will be disclosed at the behest of the undersigned and certainly only in the best interest of same.

10. That being said, any publication that could include even the most insignificant part of the communications held between Mr. Larios and me, will be subject to an official notarized legal agreement and duly approved by the attorneys of the one who signs below, satisfying his requirements and interests.

**Affiant,**

**Luis Fernando Bertulucci Castillo**
**Reg. No. 95355-004**
**McRae Correctional Facility**
**P. O. Box Drawer 55030**
**McRae Helena, GA 31055**

ACKNOWLEDGEMENT OF NOTARY

State of Georgia, county of  Telfair

Signed before me on this 27 Day of the April Month

in the Year of Our Lord Two Thousand Twenty One C.E.,

by Bertulucci Castillo, Luis , who, on basis of satisfactory evidence of identification, proved to me to be the flesh-and-blood man who PERSONALLY APPEARED, SUBSCRIBED, AVOWED, AFFIRMED, AND EXECUTED the foregoing instrument. Witness my hand and seal:

Cassandra Hart

NOTARY PUBLIC

My commission expires  5-22-2023

[Notary seal: CASSANDRA HART, NOTARY PUBLIC, TELFAIR COUNTY, GEORGIA, My Commission Expires 05-22-2023]

Date  4-27-2021

Without prejudice/without recourse/all the rights reserved

LS: _____

Luis Fernando Bertulucci Castillo

Sentient, Living, Flesh-and-blood Man

## Certified of Service

I certified that the foregoing complaint is true and correct and that I placed it in the prison mailbox on April 29th, 2021, and addressed it to the clerk of the court for the district court for the Southern District of Florida.

Signed: _____
Luis Fernando Bertulucci Castillo

Date: 04-27-2021

**From:**
LUIS F. BERTULUCCI C.
REG. NO. 95355-004
MCRAE CORRECTIONAL FACILITY
P.O. DRAWER 55030
MCRAE HELENA, GA 31055

**To:**
Bertulucci Castillo, Luis Fernando
#95355-004

CLERK OF THE COURT
400 NORTH Miami AVE
MIAMI, FLORIDA 33128

USMS INSPECTED
BY: ___

CERTIFIED MAIL
7020 1290 0000 7086 6200

CONFIDENTIAL

McRae Correctional Facility
McRae, Georgia 31055

The enclosed letter was processed through mailing procedures for forwarding to you. The letter has has neither been opened nor inspected. If the writer raises questions or problems over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return this enclosure to the above address.

DATE 4-29-21 STAFF SK